

# United States District Court
# Northern District of Illinois

In the Matter of

National Center for Public Policy Research

v.

United Airlines Holdings, Inc.

District Judge Edmond E. Chang

Case No. 25-CV-5959

Designated Magistrate Judge
M. David Weisman

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my request are indicated on the bottom of this form.

_____

**Judge Robert W. Gettleman**

Date: Friday, May 30, 2025

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

Dated: Friday, May 30, 2025

District Reassignment - By Lot

........................................................................................................................................................................................................................................................................

EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot